OPINION — AG — ** COUNTY PLANNING COMMISSION — REGULATE — OIL AND GAS DRILLING ** A COUNTY PLANNING COMMISSION CREATED PURSUANT TO 19 O.S. 865.1 [19-865.1] TO 19 O.S. 865.59 [19-865.59] HAS THE AUTHORITY TO ADOPT A PLAN WHICH ENCOMPASSES OIL AND GAS DEVELOPMENT PROPOSED WITHIN THE COMMISSION'S JURISDICTION. HOWEVER, BECAUSE THE COUNTY PLANNING COMMISSION HAS NO STATUTORY AUTHORITY TO ZONE, ANY PROPOSED OIL AND GAS ACTIVITY MUST BE PRESENTED TO THE COMMISSION ONLY FOR ITS RECOMMENDATIONS. ALTHOUGH THE COMMISSION ONLY FOR ITS PROPOSED ACTIVITY COMPLY WITH AN ADOPTED PLAN, A FAILURE TO SUBMIT A PROPOSAL TO THE COMMISSION FOR ITS RECOMMENDATION IS A MISDEMEANOR. (COUNTY ZONING, MINERALS, COUNTY COMMISSIONERS, CORPORATION COMMISSION, REGULATION, INDUSTRY) CITE: 17 O.S. 52 [17-52], 19 O.S. 863.2 [19-863.2], 19 O.S. 865.51 [19-865.51], 19 O.S. 865.51 [19-865.51], 19 O.S. 865.57 [19-865.57], 19 O.S. 865.60 [19-865.60], 19 O.S. 865.60 [19-865.60], 19 O.S. 866.1 [19-866.1] — 19 O.S. 886.35 [19-886.35], 19 O.S. 866.30 [19-866.30], 19 O.S. 868.1 [19-868.1] — 19 O.S. 868.22 [19-868.22] (SARA J. DRAKE)